*In re* FARINACCI GARCÍA.

*Número:* 4299          *Resuelto:* 30 de abril de 1993

PER CURIAM: Jorge Farinacci García fue admitido al ejercicio de la profesión de abogado el 3 de enero de 1974 y prestó juramento como notario el 29 de abril de 1974.(1)

El Tribunal de Distrito Federal para el Distrito de Connecticut nos notificó, a través de nuestra Secretaría General, sobre una sentencia criminal recaída en contra del licenciado Farinacci García en esa jurisdicción el 14 de julio de 1992 —Caso Núm. H-85-50-06— por la comisión de delitos graves (transportación al extranjero de dinero robado y conspiración).

Considerada la naturaleza de dicha convicción, en virtud de la Sec. 9 de la Ley de 11 de marzo de 1909 (4 L.P.R.A. sec. 735), y en nuestra facultad inherente para reglamentar la profesión de abogado, se decreta su suspensión inmediata del ejercicio de la abogacía y se ordena que su nombre sea borrado del Registro de Abogados autorizados para ejercer en esta jurisdicción. *In re Rúa Cabrer*, 132

---

(1) Renunció voluntariamente a la notaría, según surge de nuestra Resolución de 18 de noviembre de 1992.

D.P.R. 431 (1992); *In re Ríos Ruiz*, 129 D.P.R. 666 (1991); *In re Dalmau Gómez*, 122 D.P.R. 360 (1988); *In re Torres López*, 119 D.P.R. 55 ·(1987); *In re Zamot Pérez*, 119 D.P.R. 58 (1987); *In re Flores Betancourt*, 119 D.P.R. 479 (1987); *In re Malavé Ortiz*, 119 D.P.R. 492 (1987); *In re Ortiz Gilot*, 117 D.P.R. 167 (1986); *In re Boscio Monllor*, 116 D.P.R. 692 (1985).

*Se dictará sentencia de conformidad.*

El Juez Presidente Señor Andréu García y el Juez Asociado Señor Alonso Alonso no intervinieron.